UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARC NEAL, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF JEFFREY NEAL, DECEASED, | ) CASE NO.: 5:24-CV-00413 ) ) JUDGE: JAMES S. GWIN ) ) |
| Plaintiff, | ) **NOTICE OF SERVICE** ) **OF INITIAL DISCLOSURES** ) |
| vs. | ) ) |
| SUMMIT COUNTY SHERIFF KANDY FATHEREE, et al., | ) ) ) |
| Defendants. | ) |

Now comes Defendant, Summit County Sheriff Kandy Fatheree, by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and hereby gives notice to this Court that Defendant has duly served Initial Disclosures, on July 2, 2024, upon counsel for Plaintiff and Co-Defendants.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Jillian Eckart*
JOHN D. PINZONE (0075279)
JILLIAN ECKART (0088770)
ZACHARY W. ANDERSON (0095921)
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jpinzone@mrrlaw.com
            zanderson@mrrlaw.com
            jeckart@mrrlaw.com

*Counsel for Defendant Summit County Sheriff Kandy Fatheree*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, a copy of the foregoing Notice of Service of Initial Disclosures was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Jillian Eckart*
JOHN D. PINZONE (0075279)
JILLIAN ECKART (0088770)
ZACHARY W. ANDERSON (0095921)

*Counsel for Defendant Summit County Sheriff Kandy Fatheree*